**Order filed April 19, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

————————

## NO. 14-12-00175-CV

————————

**LYDIA ALCALA-GARCIA and JANET SOLIS, Appellants**

**V.**

**CITY OF LAMARQUE, TEXAS, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81456**

---

## ORDER

According to information provided to this court, the trial court's judgment was signed January 20, 2012, and appellants filed a notice of appeal on February 15, 2012.

The record in this appeal was due March 20, 2012. The Galveston County District Clerk's office notified this court that appellants have not paid for preparation of the clerk's record. On March 23, 2012, this court notified appellants that unless appellants paid for preparation of the clerk's record in this appeal, and provided this court with proof of payment for the record, within fifteen days, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

On March 27, 2012, the reporter's record was filed. The Galveston County District Clerk's office has confirmed that to date, no payment arrangements have been made for preparation of the clerk's record. Accordingly, we issue the following order:

Unless appellants pay for preparation of the clerk's record in this appeal, and provide this court with proof of payment for the record, on or before **May 4, 2012,** the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).


PER CURIAM